Submitted May 24; on appellant's motion summary determination of appealability filed March 24, and respondent's response filed April 7, affirmed June 23; petition for review denied September 16, 2022 (370 Or 214)

In the Matter of H. M.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

A. K.,
*Appellant.*

Douglas County Circuit Court
17JU06850; A177533 (Control)

In the Matter of H. M.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

A. K.,
*Appellant.*

Douglas County Circuit Court
17JU06851; A177534

512 P3d 1284

Kathleen E. Johnson, Judge.

Shannon Storey, Chief Defender, Juvenile Appellate Section, and Joel C. Duran, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, Jon Zunkel-deCoursey, Assistant Attorney General, and Derek Olson, Certified Law Student, filed the brief for respondent.

Before Tookey, Presiding Judge, and Egan, Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *Dept. of Human Services v. J. H. (A177299)*, 320 Or App 85, 513 P3d 61 (2022).